THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN BUENO, Appellant.

Submitted August 16, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND CLYDE, Respondent.

Submitted June 28, 2010; decided August 26, 2010

Motion for assignment of counsel granted and David P. Elkovitch, Esq., 199 Genesee Street, Auburn, New York 13021 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER G. CRAMPE, Appellant.

Submitted August 9, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Inc., Arthur M. Cromarty Court Complex, 300 Center Drive, PO Box 1697, Riverhead, New York 11901 assigned as counsel to the appellant on the appeal herein.